1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   ROBERT D.,[1]                        Case No.:  20-cv-02132-AJB-MSB
                              Plaintiff,
12                                        **ORDER:**

13   v.
                                          **(1) ADOPTING REPORT AND**
14   KILOLO KIJAKAZI, Acting              **RECOMMENDATION;**
     Commissioner of Social Security,[2]
15                             Defendant. **(2) REVERSING DECISION OF THE**
                                          **COMMISSIONER; and**
16

17                                        **(4) REMANDING ACTION FOR**
                                          **FURTHER PROCEEDINGS**
18

19                                        **(Doc. Nos. 11, 12)**

20

21        Presently before the Court is Plaintiff Robert Dryer's ("Plaintiff") and Defendant

22   Acting Commissioner of the Social Security Administration Kilolo Kijakazi's Joint Motion

23   for Judicial Review of Final Decision of the Commissioner of Social Security. (Doc.

24   No. 11.) The Court referred the matter to Magistrate Judge Michael S. Berg for a Report

25

26

27   [1] Under Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the court in [Social Security cases under 42 U.S.C.
     § 405(g)] will refer to any non-government parties by using only their first name and last initial."
28   [2] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021 and is therefore
     substituted for Andrew Saul as Defendant. *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).

                                          1

and Recommendation ("R&R"). (Doc. No. 12.) The R&R recommends reversing the decision of the Commissioner denying benefits and remanding the matter back to the Commissioner for further administrative action "pursuant to sentence four of 42 U.S.C § 405(g)." (*Id.* at 21.) The parties were instructed to file written objections to the R&R within 14 days of being served with the R&R, and replies within 14 days of being served with the objections. (*Id.*)

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district judge's duties in connection with a magistrate judge's R&R. The district judge must "make a de novo determination of those portions of the report . . . to which objection is made[,]" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of objection(s), the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment; *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Neither party has filed objections to the R&R. Having reviewed the R&R, the Court finds it thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby: (1) **ADOPTS** Magistrate Judge Berg's R&R, (Doc. No. 12); (2) **REVERSES** the decision of the Commissioner denying benefits to Plaintiff; and (3) **REMANDS** the case back to the Commissioner for further review pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

Dated:  January 6, 2022

Hon. Anthony J. Battaglia
United States District Judge

2

20-cv-02132-AJB-MSB